UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARCUS HARGRAVE, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:18-CV-449 |
| AIM DIRECTIONAL SERVICES, LLC, | § § § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's order on Defendant's Motion for Summary Judgment, (D.E. 59), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause.

SO ORDERED.

*/s/ David S. Morales*
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
        May 27, 2021

1 / 1