Case: 21-40496        Document: 00516340869        Page: 1        Date Filed: 06/02/2022

United States Courts
Southern District of Texas
FILED

JUN 02 2022

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 11, 2022

Lyle W. Cayce
Clerk

No. 21-40496
Summary Calendar

---

Marcus Hargrave,

*Plaintiff—Appellant,*

versus

AIM Directional Services, L.L.C.,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CV-449

---

Before Richman, *Chief Judge,* and Costa and Ho, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Jun 02, 2022

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit